**VAN–117** Hearing Conference Worksheet – Rev. 09/27/2017

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:  
Randy P. Coley  
202 Brittany Place  
Cary, NC 27511

CASE NO.: 18–02154–5–JNC

DATE FILED: April 30, 2018

**Raleigh Division**

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

11A Status Conference

J.M. Cook  
J.M. Cook, P.A.  
5886 Faringdon Place, Suite 100  
Raleigh, NC 27609  
919 675–2411

DATED: April 30, 2018

Dawn Barnes