**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-02154-5-JNC |
| **RANDY P. COLEY,** | Chapter 11 |
|        **Debtor-in-Possession** | |

## NOTICE OF MOTION

TO:   ALL CREDITORS AND PARTIES IN INTEREST.

**NOTICE IS HEREBY GIVEN** that on this day, Randy P. Coley, the Debtor-in-Possession, has filed an Application for Approval to Employ J.M. Cook, P.A as counsel for the Debtor;

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Court, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, 27602, and serve a copy on the attorney listed below, within **21 days** from date of this Notice; and,

**FURTHER NOTICE IS HEREBY GIVEN,** that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date to be determined by the United States Bankruptcy Court. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

This 30th day of April 2018.

**J.M. Cook, P.A.**

By: */s/ J.M. Cook*
    J.M. Cook
    5886 Faringdon Place
    Suite 100
    Raleigh, NC 27609
    Tel: (919) 675-2411
    Fax: (919) 882-1719
    Email: J.M.Cook@jmcookesq.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: RANDY P COLEY, | CASE NO: 18-02154-5-JNC<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 8 |

On 5/1/2018, I did cause a copy of the following documents, described below,

Application for Approval to Employ J.M. Cook, P.A as counsel for the Debtor ECF Docket Reference No. 8

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2018

        /s/ J.M. Cook
        J.M. Cook  25352

        J.M. Cook, P.A.
        5886 Faringdon Place, Suite 100
        Raleigh, NC  27609
        919 675 2411
        j.m.cook@jmcookesq.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: RANDY P COLEY, | CASE NO: 18-02154-5-JNC <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 <br> ECF Docket Reference No. 8 |

On 5/1/2018, a copy of the following documents, described below,

Application for Approval to Employ J.M. Cook, P.A as counsel for the Debtor ECF Docket Reference No. 8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place, Suite 100
Raleigh, NC 27609

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>04175<br>CASE 18-02154-5-JNC<br>EASTERN DISTRICT OF NORTH CAROLINA<br>RALEIGH<br>MON APR 30 18-07-50 EDT 2018 | BBT<br>ATTN MANAGING AGENT OR OFFICER<br>PO BOX 580050<br>CHARLOTTE NC 28258-0050 | BBT<br>ATTN MANAGING AGENT OR OFFICER<br>PO BOX 580435<br>CHARLOTTE NC 28258-0435 |
| BBT BANKRUPTCY SECTION<br>ATTN MANAGING AGENT OR OFFICER<br>PO BOX 1847<br>WILSON NC 27894-1847 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANKRUPTCY ADMINISTRATOR<br>TWO HANNOVER SQUARE STE 640<br>434 FAYETTEVILLE STREET<br>RALEIGH NC 27601-1701 |
| CITIBANK<br>ATTN MANAGING AGENT OR OFFICER<br>PO BOX 9001037<br>LOUISVILLE KY 40290-1037 | CLYDE CANUP<br>552 STRATFORD PKWY<br>WINDER GA 30680-4904 | DEBTOR<br>RANDY P COLEY<br>202 BRITTANY PLACE<br>CARY NC 27511-6001 |
| ~~EXCLUDE~~<br>~~JM COOK~~<br>~~JM COOK PA~~<br>~~5006 FARINGDON PLACE SUITE 100~~<br>~~RALEIGH NC 27609-3932~~ | DIRECTV LLC<br>ATTN MANAGING AGENT OR OFFICER<br>160 MINE LAKE CT STE 200<br>RALEIGH NC 27615-6417 | DIRECTV LLC<br>ATTN MANAGING OFFICER OR AGENT<br>2260 EAST IMPERIAL HIGHWAY<br>EL SEGUNDO CA 90245-3501 |
| EMPLOYMENT SECURITY COMMISSION<br>PO BOX 26504<br>RALEIGH NC 27611-6504 | GEORGE SANDERSON<br>ELLIS  WINTERS LLP<br>4131 PARKLAKE AVENUE SUITE 400<br>RALEIGH NC 27612-2390 | GORDON REES SCULLY MANSUKHANI LLP<br>ATTN ROBERT SHAW PARTNER<br>421 FAYETTEVILLE ST<br>RALEIGH NC 27601-1792 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KELLEY MCLAREN<br>THE FINLEY GROUP<br>212 SOUTH TRYON ST STE 1050<br>CHARLOTTE NC 28281-0003 | KIMBERLI COLEY<br>202 BRITTANY PLACE<br>CARY NC 27511-6001 |
| MIKE CANUP<br>3213 MANOR RIDGE DRIVE<br>RALEIGH NC 27603-4813 | NC DEPARTMENT OF REVENUE<br>OFFICE SERVICES DIV BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | NC DEPT OF REVENUE<br>OFFICE SERV DIV BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 |
| SECRETARY OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20220-0001 | SECURITIES  EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES RD STE 900<br>ATLANTA GA 30326-1382 | US ATTORNEY<br>310 NEW BERN AVENUE SUITE 800<br>FEDERAL BUILDING<br>RALEIGH NC 27601-1461 |
| US ATTORNEY<br>310 NEW BERN AVENUE SUITE 800<br>FEDERAL BLDG<br>RALEIGH NC 27601-1461 | | |