```
                         United States Bankruptcy Court
                         Eastern District of North Carolina
In re:                                                          Case No. 18-02154-JNC
Randy P. Coley                                                  Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: barnes_da            Page 1 of 1             Date Rcvd: Apr 30, 2018
                              Form ID: 309E              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2018.
5854284          Citibank,    Attn: Managing Agent or Officer,    P.O. Box 9001037,    Louisville, KY 40290-1037
5854285         +Clyde Canup,    552 Stratford Pkwy,    Winder, GA 30680-4904
5854286         +DIRECTV, LLC,    Attn: Managing Officer or Agent,    2260 East Imperial Highway,
                  El Segundo, CA 90245-3501
5854287          DIRECTV, LLC,    Attn: Managing Agent or Officer,    160 Mine Lake Ct Ste 200,
                  Raleigh, NC 27615-6417
5854288         +George Sanderson,    Ellis & Winters LLP,    4131 Parklake Avenue, Suite 400,
                  Raleigh, NC 27612-2390
5854289         +Gordon Rees Scully Mansukhani LLP,    Attn: Robert Shaw, Partner,    421 Fayetteville St,
                  Raleigh, NC 27601-1792
5854291         +Kelley McLaren,    The Finley Group,    212 South Tryon St, Ste 1050,    Charlotte, NC 28281-0003
5854292         +Kimberli Coley,    202 Brittany Place,    Cary, NC 27511-6001
5854293          Mike Canup,    3213 Manor Ridge Drive,    Raleigh, NC 27603-4813
5854295         +Secretary of the Treasury,    1500 Pennsylvania Ave, N.W.,    Washington, DC 20220-0001
5854296          Securities & Exchange Commission,    Office of Reorganization,    950 East Paces Rd, Ste 900,
                  Atlanta, GA 30326-1382
5854297          US Attorney,    310 New Bern Avenue, Suite 800,    Federal Bldg,    Raleigh, NC 27601-1461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/PDF: rcoley4759@aol.com May 01 2018 02:41:49      Randy P. Coley,    202 Brittany Place,
                  Cary, NC 27511-6001
aty              E-mail/Text: J.M.Cook@jmcookesq.com May 01 2018 02:41:51      J.M. Cook,    J.M. Cook, P.A.,
                  5886 Faringdon Place, Suite 100,    Raleigh, NC  27609
smg             +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov May 01 2018 02:42:03       Bankruptcy Administrator,
                  Two Hannover Square, Ste. 640,    434 Fayetteville Street,    Raleigh, NC 27601-1701
smg              EDI: IRS.COM May 01 2018 06:39:00      Internal Revenue Service,    Insolvency Support Services,
                  320 Federal Place, Room 335,    Greensboro, NC  27401
5854280          EDI: BANKAMER.COM May 01 2018 06:39:00      Bank of America,    Attn: Managing Agent or Officer,
                  P.O. Box 15019,    Wilmington, DE 19886-5019
5854281          E-mail/Text: bankruptcy@bbandt.com May 01 2018 02:41:58       BB&T,
                  Attn: Managing Agent or Officer,    P.O. Box 580435,    Charlotte, NC 28258-0435
5854282          E-mail/Text: bankruptcy@bbandt.com May 01 2018 02:41:58       BB&T,
                  Attn: Managing Agent or Officer,    P.O. Box 580050,    Charlotte, NC 28258-0050
5854283         +E-mail/Text: bankruptcy@bbandt.com May 01 2018 02:41:58       BB&T Bankruptcy Section,
                  Attn: Managing Agent or Officer,    P.O. Box 1847,    Wilson, NC 27894-1847
5854294          EDI: NCDEPREV.COM May 01 2018 06:38:00      NC Dept of Revenue,
                  Office Serv. Div, Bankruptcy Unit,    P.O. Box 1168,    Raleigh, NC 27602-1168
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5854290*         Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2018 at the address(es) listed below:
              J.M. Cook   on behalf of Debtor Randy P. Coley J.M.Cook@jmcookesq.com
                                                                                               TOTAL: 1
```

United States Bankruptcy Court
Eastern District of North Carolina
Raleigh Division

| | | |
|---|---|---|
| Debtor 1 | **Randy P. Coley** | Social Security number or ITIN  xxx–xx–6298 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| | | Date case filed for chapter  11   4/30/18 |
| Case number: | 18–02154–5–JNC | |

Official Form 309E (For Individuals or Joint Debtors)

## Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

Parties may opt to receive notices from the court via email rather than U.S. Mail. Register at ebn.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Randy P. Coley | |
| 2. | **All other names used in the last 8 years** | dba Its Thundertime LLC, fdba East Coast Cablevision, LLC, fdba South Raleigh Air, LLC, fdba East Coast Sales, LLC | |
| 3. | **Address** | 202 Brittany Place<br>Cary, NC 27511 | |
| 4. | **Debtor's attorney**<br>Name and address | J.M. Cook<br>J.M. Cook, P.A.<br>5886 Faringdon Place, Suite 100<br>Raleigh, NC 27609 | Contact phone  919 675–2411 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602 | Office Hours: 8:30 a.m. – 4:30 p.m.<br><br>Contact phone:  919–856–4752<br><br>Date: 4/30/18 |

**For more information, see page 2 >**

Debtor **Randy P. Coley**                                                                                                                Case number **18–02154–5–JNC**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2018 at 10:00 AM** Please bring a government issued picture ID with you to the meeting of creditors. This ID is required for entry into the building. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **300 Fayetteville Street, Suite 130, Raleigh, NC 27601** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 8/6/18** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nceb.uscourts.gov or any bankruptcy clerk's office. Alternatively, the claim may be filed electronically on the above website by accessing the Proof of Claim section. *When filing electronically, it is not necessary to complete a paper claim form.* Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **9/4/18** For a governmental unit: **10/29/18** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |